**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks           Date: August 25, 2011
Court Reporter: Janet Coppock                   Time: 28 minutes
Probation Officer: Sergio Garza                 Interpreter: n/a

---

**CASE NO.  10-CR-00326-PAB-03**

Parties                                         Counsel

**UNITED STATES OF AMERICA,**                   Kasandra Carleton
                                                MJ Menendez
                                                Special Agent Shane Messner

        Plaintiff,

vs.

**3.  SERENA BENAVIDEZ,**                       Anthony Viorst

        Defendant.

---

**SENTENCING**

---

**3:41 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-03
August 25, 2011

Comments by Ms. Carleton in support of Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 ( Doc # 1694), filed 8/9/11.

Argument by Mr. Viorst in support of Defendant's Request for Downward Variance, and for Imposition of 14-Month BOP Sentence, Pursuant to 18 U.S.C. § 3553(a) (Doc # 1700), filed 8/10/11 and comments addresses sentencing.

Mr. Carleton addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc # 1694), filed 8/9/11, is **GRANTED.**

**ORDERED:**   Defendant's Request for Downward Variance, and for Imposition of 14-Month BOP Sentence, Pursuant to 18 U.S.C. § 3553(a) (Doc # 1700), filed 8/10/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **June 3, 2011** to an **Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **18½** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:**   **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   Defendant shall not commit another federal, state or local crime.

Page Three
10-CR-00326-PAB-03
August 25, 2011

     (**X**)     Defendant shall not illegally possess controlled substances.

     (**X**)     Defendant shall not possess a firearm or destructive device.

     (**X**)     Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

     (**X**)     Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

     (**X**)     Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

     ()     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:

     (**X**)     Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

     (**X**)     Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

     (**X**)     Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure continuity of treatment.

     (**X**)     Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

Page Four
10-CR-00326-PAB-03
August 25, 2011

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Counts One, Ninety-Seven, Ninety-Eight, Ninety-Nine, One Hundred, One Hundred-One and One Hundred Forth-Three of the First Superseding Indictment (Doc #1696), filed 8/9/11, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**4:19 p.m.     COURT IN RECESS**

**Total in court time:        28 minutes**

**Hearing concluded**